IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEFFREY DOUP,

       Petitioner,

  v.                         CASE NO. 2:04-cv-474

                              JUDGE FROST
                              MAGISTRATE JUDGE KEMP

PAT HURLEY, Warden,

       Respondent.

## OPINION AND ORDER

On November 14, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Petitioner has filed objections to the *Report and Recommendation*. Petitioner objects to all of the Magistrate Judge's conclusions. He again raises all of the same arguments that were previously presented.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed in the Magistrate Judge's *Report and Recommendation*, the Court overrules petitioner's objections.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED.**

                                                    /s/   Gregory L. Frost
                                                        GREGORY L. FROST
                                                United States District Judge